STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. WILLIE WHITE, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Daniel R. Coburn* for the petitioner.

*Mr. Martin J. Queenan* for the respondent.

May 13, 1969. Denied.

SAUL BRAZER, *ET AL.*, PLAINTIFFS-PETITIONERS, v. BOROUGH OF MOUNTAINSIDE, *ET AL*, DEFENDANTS-RESPONDENTS.

See same case below: 104 *N. J. Super.* 456.

*Messrs. Johnstone & O'Dwyer* and *Mr. Frank T. Swain* for the petitioners.

*Mr. Charles J. Irwin* for the respondents.

May 13, 1969. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. BRIAN J. RINGKAMP, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mrs. Susan F. Sinins* for the petitioner.

*Mr. Vincent Panaro* and *Mr. Giacomo G. Rosati* for the respondent.

May 13, 1969. Denied.